IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01216-ZLW

EDWARD HENRY COLEMAN,

        Applicant,

v.

C. DANIELS,

        Respondent.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Applicant submitted a Notice of Appeal on August 25, 2010. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      _X_  is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

      _X_  is not submitted
      ____  is missing affidavit
      ____  is missing required financial information
      ____  is missing an original signature by the prisoner
      ____  is not on proper form (must use the court's current form
      ____  other

Accordingly, it is

1

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this 30th day of August, 2010.


BY THE COURT:


_____
CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court